UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1741 JMR/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN D. PRESCOTT,

Defendant.

ORDER

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 2nd day of ~~June~~ July, 2001.

UNITED STATES MAGISTRATE JUDGE

FILED JUL 2 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS